



**THE CITY OF NEW YORK**

MICHAEL A. CARDOZO
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JANICE CASEY SILVERBERG
phone: (212) 788-8119
fax: (212) 788-0940
email: jsilverb@law.nyc.gov

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl St.
New York, N.Y. 10007

Re:   Caractor v. City of New York Dep't of Homeless Services
      ~~07cv1591~~(AKH)(JCF)
      07 Civ. 8069

Dear Judge Hellerstein:

     I am the Assistant Corporation Counsel representing the defendants in the above action, in which plaintiff *pro se* claims that he was improperly denied permission to conduct religious worship services in a New York City Department of Homeless Services ("DHS") shelter.

     Enclosed please find a courtesy copy of defendants' motion to dismiss this action, pursuant to Fed. R. Civ. P. 12(c). The basis of defendants' motion is that plaintiff's allegation that DHS has established an open forum in the shelter is incorrect as a matter of law.

     Plaintiff has informed me that he will be traveling for the next three weeks. Accordingly, I respectfully request that the Court endorse a briefing schedule on consent of both parties, such that plaintiff's response shall be due by August 29, 2008, and defendants' reply shall be due on September 19, 2008.

Thank you for your consideration.

Sincerely yours,

*[signature]*

Janice Casey Silverberg (JS4629)
Assistant Corporation Counsel

cc:   Bishop William B. Caractor
      plaintiff *pro se*
      Discovered Being Ministry, Inc.
      P.O. Box 2284
      New York, N.Y. 10163